### 29915.  WILLIAMS *v.* THE STATE.

MACINTYRE, J.  The special assignments of error in the petition for certiorari are without merit.  The evidence supported the conviction, and the certiorari was properly overruled.

*Judgment affirmed.  Broyles, C. J., and Gardner, J., concur.*

DECIDED JANUARY 12, 1943.  REHEARING DENIED APRIL 2, 1943.

*C. G. Battle,* for plaintiff in error.
*Bond Almand, solicitor, John A. Boykin, solicitor-general, Durwood T. Pye, Lindley W. Camp, solicitor,* contra.